IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Payne, Cynthia J | Case Number: 05 B 19759 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 4/1/08 | Filed: 5/17/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 31, 2008
Confirmed: June 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,409.83 | |
| Secured: | | 0.00 |
| Unsecured: | | 10,118.89 |
| Priority: | | 0.00 |
| Administrative: | | 1,669.00 |
| Trustee Fee: | | 621.94 |
| Other Funds: | | 0.00 |
| Totals: | 12,409.83 | 12,409.83 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 1,669.00 | 1,669.00 |
| 2. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Unsecured | 6,917.03 | 6,917.03 |
| 4. | Bank Of America | Unsecured | 3,201.86 | 3,201.86 |
| 5. | Mid America Bank | Secured | | No Claim Filed |
| 6. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 7. | Chase Automotive Finance | Secured | | No Claim Filed |
| 8. | Amcore Bank | Secured | | No Claim Filed |
| 9. | Schottler & Zukosky | Priority | | No Claim Filed |
| 10. | Amcore Bank | Unsecured | | No Claim Filed |
| 11. | Chase Automotive Finance | Unsecured | | No Claim Filed |
| 12. | Chase Bank | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | First National Bank of Omaha | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 11,787.89 | $ 11,787.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 42.99 |
| 5.5% | 284.38 |
| 5% | 46.62 |
| 4.8% | 122.04 |
| 5.4% | 125.91 |
| | _____ |
| | $ 621.94 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Payne, Cynthia J | Case Number:  05 B 19759 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/1/08 | Filed:  5/17/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

